IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTOPHER JON PERGROSSI,

    Plaintiff,

v.                                      CASE NO.  1:20cv203-RH-GRJ

U.S. ENVIRONMENTAL PROTECTION
AGENCY,

    Defendant.

_____/

## ORDER OF DISMISSAL

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed.

    The report and recommendation addresses multiple lawsuits all filed by the plaintiff and all lacking an arguable basis in law or fact. The report and recommendation concludes this case and others should be dismissed. This order accepts the report and recommendation and adopts it as the court's opinion on the issue of dismissal.

    The report and recommendation also concludes that, as a sanction, conditions should be imposed on the plaintiff's ability to file further lawsuits. This

order does not impose a sanction but instead leaves the issue of sanctions to the district judge presiding over the first-filed case, No. 1:20cv181.

IT IS ORDERED:

The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on September 22, 2020.

s/Robert L. Hinkle
United States District Judge